UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# CHAMBERS MINUTES

Lead Case No.: 1:10-CV-752
Case Caption: *Precious Holder, et al. v. Enbridge, et al.*

Date:    February 10, 2011, at 2:30 - 3:20 PM
Place:   Grand Rapids, MI
Judge:   Hon. Gordon J. Quist

**APPEARANCES:**

For Holder Plaintiffs:   Patricia Stamler
                         Laura L. Sheets

For Watts Plaintiffs:    David H. Fink
                         James R. Peterson

For Robinson Plaintiffs / Bell Plaintiffs:   Kevin D. Wilkins

For Matthews Plaintiff / Gonyer Plaintiffs:   Todd J. Weglarz

For Defendants:   Kathleen A. Lang
                  Geoffrey A. Fields
                  Edward H. Pappas

**PROCEEDINGS IN CHAMBERS**

**NATURE OF HEARING:**   Status conference.  Order to issue.

Clerk:  J. Tepper