UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JEFFREY GONYER and SUSAN GONYER,
    Plaintiff,

v.

ENBRIDGE PIPELINES (LAKEHEAD),
L.L.C. a Delaware Limited Liability Company,
ENBRIDGE ENERGY, LP, a Delaware Limited
Partnership, and ENBRIDGE PIPELINES
(WISCONSIN), INC., a Wisconsin Corporation,
Jointly and Severally,

    Defendants.

Case No.: 10-Cv-00752

Hon. Gordon J. Quist

_____/

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | DAVID H. FINK (P28235) |
| Attorneys for Fieger Firm | Co-Counsel for Plaintiff |
| 19390 W. 10 Mile Road | Fink Associates law |
| Southfield, MI  48075 | 100 W. Long Lake Rd., Ste. 111 |
| (248) 355-5555 | Bloomfield Hills, MI 48304 |
| (248) 355-5148 (fax) | (248) 971-2500 |
| g.fieger@fiegerlaw.com | dfinke@finkandassociateslaw.com |
| | |
| TODD J. WEGLARZ (P48035) | KATHLEEN A. LANG (P34695) |
| Attorney for Plaintiff | Attorney for Defendants |
| 30903 Northwestern Hwy Ste 250 | Dickinson Wright PLLC |
| Farmington Hills, MI  48334 | 500 Woodward Ave., Ste. 4000 |
| (248) 539-9081 | Detroit, MI 48226-3425 |
| t.weglarz@weglarzlaw.com | (313) 223-3500 |
| | klang@dickinsonwright.com |

_____/

## NOTICE OF LIEN

      NOW COMES the Fieger Firm, by and through its counsel, and notices the Court and all counsel of record of its attorney's lien and its intention for fees and costs to assert its right of first recovery.  In support of said lien, the Fieger Firm states as follows:

1.	The Fieger Firm filed the original underlying claim, and was retained by the above mentioned Plaintiff.  The case was assigned to Todd Weglarz, a firm associate, to handle, along with Geoffrey Fieger.

2.	Mr. Weglarz recently left the employment of the Fieger Firm on his own accord.

3.	The Firm has presently incurred costs totaling $565.13 in prosecuting this case and is entitled to recover the same.

4.	The Fieger Firm is also entitled to attorney's fees in connection with prosecuting the underlying claim pursuant to the retainer agreement with the Plaintiff and an employment contract with Mr. Weglarz.

5.	The Fieger Firm's name should be included on any instrument, draft or check issued in payment as settlement in this matter.

	WHEREFORE, the Fieger Firm asserts its right of first recovery from any settlement or judgment against the defendant in this case.

					Respectfully submitted,

					/s/ Geoffrey N. Fieger
					GEOFFREY N. FIEGER (P30441)
					Attorney for the Fieger Firm
					19390 W. 10 Mile Road
					Southfield, MI 48075
					(248) 355-5555

Dated: November 11, 2011

**CERTIFICATE OF SERVICE**

JENESSA N. SUITER, certifies that on November 11, 2011, she filed the foregoing with in United States District Court with CM/ECF and will electronically send copies of such filing to all interested parties.

/s/ Jenessa N. Suiter