UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRECIOUS HOLDER, NOELLE HOGAN,
DANNY ELDRED, DARWIN WATTS,
and CHERYL WATTS, individually and on
behalf of all others similarly situated,

   Plaintiffs,

v.

ENBRIDGE ENERGY, L.P.,
ENBRIDGE PIPELINES LAKEHEAD, L.L.C,
ENBRIDGE PIPELINES (WISCONSIN) INC.,

   Defendants.

Civil Action: 1:10-cv-752

HON. GORDON J. QUIST

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND APPROVAL OF THE INCENTIVE AWARDS

  Plaintiffs, by and through their undersigned counsel, move this Court, pursuant to Federal Rule of Civil Procedure 23(e), to grant final approval of the proposed class action Settlement Agreement, approve the requested incentive awards to Plaintiffs Precious Holder, Noelle Hogan, Danny Eldred, Darwin Watts, and Cheryl Watts, and enter the proposed Final Order attached to Plaintiffs' Brief.  In support of their Motion, Plaintiffs rely on the attached Brief and Exhibits.

  WHEREFORE, Plaintiffs, on behalf of themselves and the proposed Class, respectfully request that this Court grant Plaintiffs' Motion for Final Approval of the Class Action Settlement and Approval of the Incentive Awards to Plaintiffs Precious Holder, Noelle Hogan, Danny

1

Eldred, Darwin Watts, and Cheryl Watts, and approve entry of the proposed Final Order attached to the Brief.

Respectfully submitted,

| | |
|---|---|
| **Fink + Associates Law** | **Hertz Schram PC** |
| Co-Lead Counsel for Plaintiffs | Co-Lead Counsel for Plaintiffs |
| | |
| /s/ David H. Fink | /s/ Elizabeth C. Thomson w/ consent |
| David H. Fink (P28235) | Patricia A. Stamler (P35905) |
| Darryl Bressack (P67820) | Elizabeth C. Thomson (P53579) |
| 100 West Long Lake Road; Suite 111 | 1760 South Telegraph Road; Suite 300 |
| Bloomfield Hills, MI 48304 | Bloomfield Hills, MI 48302 |
| dfink@finkandassociateslaw.com | pstamler@hertzshcram.com |
| (248) 971-2500 | (248) 335-5000 |
| | |
| **The Miller Law Firm, P.C.** | **Liddle & Dubin PC** |
| Co-Lead Counsel for Plaintiffs | Co-Lead Counsel for Plaintiffs |
| | |
| /s/ Ann L. Miller w/ consent | /s/ Laura L. Sheets w/ consent |
| Ann L. Miller (P43578) | Laura L. Sheets (P63270) |
| E. Powell Miller (P39487) | Steven D. Liddle (P45110) |
| 950 West University Drive; Suite 350 | 975 East Jefferson Avenue |
| Rochester, MI 48307 | Detroit, MI 48207 |
| alm@millerlawpc.com | lsheets@mlclassaction.com |
| (248) 841-2200 | (313) 392-0015 |

Dated:  April 6, 2015