UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRECIOUS HOLDER, NOELLE HOGAN,
DANNY ELDRED, DARWIN WATTS,
and CHERYL WATTS, individually and on
behalf of all other similarly situated,

        Plaintiffs,                        Civil Action: 1:10-cv-752

v.                                                HON. GORDON J. QUIST

ENBRIDGE ENERGY, L.P.,
ENBRIDGE PIPELINES LAKEHEAD, L.L.C.
ENBRIDGE PIPELINES (WISCONSIN) INC.,

        Defendants,
_____/

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS'
FEES AND EXPENSES TO CO-LEAD PLAINTIFFS' COUNSEL**

Plaintiffs, by and through their undersigned counsel, respectfully move this Court for an Order: (1) awarding Co-Lead Plaintiffs' Counsel attorneys' fees; and (2) reimbursing Co-Lead Plaintiffs' Counsel's litigation expenses in the total amount of $1,850,000 for fees and expenses as set forth the Settlement Agreement. In support of their Motion, Plaintiffs rely upon the attached Brief and Exhibits.[1]

WHEREFORE, Plaintiffs, on behalf of themselves and the proposed Class, respectfully request that the Court grant Plaintiffs' Motion for An Award of Attorneys' Fees and Expenses

---

[1] Contemporaneously with the filing of this Motion, Plaintiffs have also filed a Motion for Final Approval of the Class Action Settlement and Approval of the Incentive Awards and Brief in Support ("Final Approval Brief"). Plaintiffs incorporate by reference their Final Approval Brief.

1

To Co-Lead Plaintiffs' Counsel in the amount of $1,850,000, and enter the proposed Final Order attached to this Brief.

Respectfully submitted,

| **Fink + Associates Law** | **Hertz Schram PC** |
|---|---|
| Co-Lead Counsel for Plaintiffs | Co-Lead Counsel for Plaintiffs |
| /s/ David H. Fink | /s/ Elizabeth C. Thomson |
| David H. Fink (P28235) | Patricia A. Stamler (P35905) |
| Darryl Bressack (P67820) | Elizabeth C. Thomson (P53579) |
| 100 West Long Lake Road; Suite 111 | 1760 South Telegraph Road; Suite 300 |
| Bloomfield Hills, MI 48304 | Bloomfield Hills, MI 48302 |
| dfink@finkandassociateslaw.com | pstamler@hertzshcram.com |
| (248) 971-2500 | (248) 335-5000 |
| **The Miller Law Firm, P.C.** | **Liddle & Dubin PC** |
| Co-Lead Counsel for Plaintiffs | Co-Lead Counsel for Plaintiffs |
| /s/ Ann L. Miller | /s/ Laura L. Sheets |
| Ann L. Miller (P43578) | Laura L. Sheets (P63270) |
| E. Powell Miller (P39487) | Steven D. Liddle (P45110) |
| 950 West University Drive; Suite 350 | 975 E. Jefferson Ave. |
| Rochester, MI 48307 | Detroit, MI 48207 |
| alm@millerlawpc.com | lsheets@mlclassaction.com |
| (248) 841-2200 | (313) 392-0015 |

Dated:  April 6, 2015