**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

PRECIOUS HOLDER, NOELLE HOGAN,
DANNY ELDRED, DARWIN WATTS,
and CHERYL WATTS, individually and on
behalf of all others similarly situated,

       Civil Action: 1:10-cv-752

      Plaintiffs,

       HON. GORDON J. QUIST

v.

ENBRIDGE ENERGY, L.P.,
ENBRIDGE PIPELINES LAKEHEAD, L.L.C,
ENBRIDGE PIPELINES (WISCONSIN) INC.,

      Defendants.

---

**ORDER AWARDING ATTORNEYS' FEES**
**AND REIMBURSEMENT OF EXPENSES**

Upon the petition of Plaintiffs' Counsel for an order granting an award of attorneys' fees

and reimbursement of expenses and all papers submitted in support thereof; notice having been

given to the Settlement Class; no objections having been filed; the Court having held a hearing

on May 5, 2015, at which all affected persons had an opportunity to present their views; and the

Court being fully apprised of the facts and circumstances,

      **IT IS HEREBY ORDERED**:

      1.     The Notice provided to the Settlement Class of the fee petition complied with the

Court's Orders, met the requirements of Rule 23 of the Federal Rules of Civil Procedure and due

process, was the best notice practicable under the circumstances, and constituted due and sufficient notice of all persons entitled thereto.[1]

2.    The Notice advised Settlement Class Members that Plaintiffs' Counsel would ask the Court to approve from the Settlement Funds payment of attorneys' fees, as well as reimbursement for costs and expenses incurred in the prosecution of the Lawsuit, not to exceed $1,850,000.00, and incentive payments totaling $40,000.00 for class representatives. The deadline for Settlement Class Members to object to the requested attorneys' fees and expenses and incentive payments to the class representatives was March 23, 2015.

3.    The Court hereby grants an award of attorneys' fees, as well as reimbursement for costs and expenses incurred in the prosecution of the Lawsuit, of $1,850,000.00.

4.    This fee award shall be allocated according to the Court's prior order.

5.    The Court also grants $40,000.00 as an incentive fee from the Settlement Funds to be allocated to each of the class representatives in the following manner:

      a.    $5,000.00 to Precious Holder,

      b.    $5,000.00 to Noelle Hogan,

      c.    $10,000.00 to Danny Eldred,

      d.    $10,000.00 to Darwin Watts, and

      e.    $10,000.00 to Cheryl Watts.


Dated: May 5, 2015                            __/s/ Gordon J. Quist__
                                           HON. GORDON J. QUIST

---

[1]   Terms capitalized in this Order have the same meaning as those used in the Settlement Agreement.